**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| ALBERT DYTCH,<br><br>    Plaintiff,<br><br>  v.<br>ALTY BAY AREA 2, LLC,<br><br>    Defendant.<br>_____/ | No. C 12-1308 MEJ<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:    December 7, 2012<br>Mediator:    Jocelyn Burton |

    IT IS HEREBY ORDERED that the request to allow co-counsel Machiavelli Chao to appear on behalf defendant at the mediation in place of lead counsel Adina Stern is GRANTED.

    IT IS SO ORDERED.

November 30, 2012    By: _____
Dated
                                       Elizabeth D. Laporte
                                   United States Magistrate Judge