UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| ALBERT DYTCH,<br><br>    Plaintiff,<br><br>    v.<br>ALTY BAY AREA 2, LLC,<br><br>    Defendant. | No. C 12-1308 MEJ<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:        December 7, 2012<br>Mediator:  Jocelyn Burton |

   IT IS HEREBY ORDERED that the request to allow co-counsel Machiavelli Chao to appear on behalf defendant at the mediation in place of lead counsel Adina Stern is GRANTED.

   IT IS SO ORDERED.

November 30, 2012            By:        _Elizabeth D. Laporte_
Dated                                              Elizabeth D. Laporte
                                                   United States Magistrate Judge